

# United States District Court
### Central District of California
## Office of the Clerk

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

August 24, 2022

Superior Court of California
County of Los Angeles
111 North Hill Street
Los Angeles CA 90012

Re: Case Number: 2:22-cv-05883-PA-MAAx
Previously Superior Court Case No.: 22STCV26299
Case Name: Jessica Bradford v. Nike, Inc. et al

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on August 23, 2022, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

- [✓] United States Courthouse
  255 East Temple St., Suite TS-134
  Los Angeles, CA 90012
- [ ] United States Courthouse
  411 West Fourth St., Room 1053
  Santa Ana, CA 92701-4516
- [ ] United States Courthouse
  3470 Twelfth St., Room 134
  Riverside, CA 92501

Respectfully,

Clerk, U. S. District Court

By: alison_bandek@cacd.uscourts.gov
Deputy Clerk

*Encls.*
*cc: Counsel of record*

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

By: _____
Deputy Clerk

Date: _____

(G-17 1/19)    **LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT**